Rigoberto ZUNIGA, Petitioner—Appellant,

v.

William SULLIVAN, Warden, California Correctional Institution; Bill Lockyer, Attorney General, State of California, Respondents—Appellees.

No. 06–55803.

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2007.*

Filed July 20, 2007.

David J. Zugman, Esq., San Diego, CA, for Petitioner–Appellant.

Robert S. Henry, Esq., Office of the California Attorney General, Los Angeles, CA, for Respondents–Appellees.

Before: KOZINSKI, KLEINFELD and TALLMAN, Circuit Judges.

## MEMORANDUM **

1. The jury had evidence that petitioner was a "pledge" to a street gang, that his brother-in-law was a member of that gang, and that petitioner committed assault in association with, and in support of, his brother-in-law. This evidence is sufficient

---

* The Honorable Brian E. Sandoval, United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

to support a sentence enhancement pursuant to California Penal Code § 186.22(b), which applies to felonies committed "in association with any criminal street gang" and "with the specific intent to ... assist in any criminal conduct by gang members." *Jackson v. Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979).

2. Because we reach this conclusion even without according deference to the California Court of Appeal's determination, we need not consider petitioner's argument that 28 U.S.C. § 2254(d)'s standard of deference does not apply.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.